Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 1670 | **DATE** | 11/8/2000 |
| **CASE TITLE** | Anthony Angelilli, et al. Vs. Chicago School Reform Board of Trustees | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]  Court enters judgment in favor of plaintiffs and against defendant in the sum of $634,365.48. Enter Final Judgment Order.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | number of notices |
| | No notices required. | | |
| ✓ | Notices mailed by judge's staff. | | NOV 13 2000 date docketed |
| | Notified counsel by telephone. | | |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | ED-7 FILED FOR DOCKETING | docketing deputy initials |
| | Copy to judge/magistrate judge. | 00 NOV -9 PM 4: 22 | 11/8/2000 date mailed notice |
| CW | courtroom deputy's initials | Date/time received in central Clerk's Office | CW6 mailing deputy initials |

Document Number: 18

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Anthony Angelilli, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 00 C 1670 |
| v. ) | |
| ) | Judge Hart |
| Chicago School Reform Board, ) | |
| ) | |
| Defendant ) | |

**DOCKETED**
**NOV 1 3 2000**

## FINAL JUDGMENT ORDER

Final judgment is hereby entered in favor of Plaintiffs and against Defendant in the total judgment amount of $634,365.48, plus reasonable attorney's fees and costs to be determined by the Court, as follows:

| | Plaintiffs | Back Pay Amount | Liquidated Damages | Total Judgment Amount |
|---|---|---|---|---|
| 1. | Rocco N. Amato | $6,431.84 | $6,431.84 | $12,863.68 |
| 2. | Willie Anderson | 6,431.84 | 6,431.84 | 12,863.68 |
| 3. | Anthony Angelilli | 5,523.72 | 5,523.72 | 11,047.44 |
| 4. | Eric Armstrong | 6,431.84 | 6,431.84 | 12,863.68 |
| 5. | Andre Brown | 6,431.84 | 6,431.84 | 12,863.68 |
| 6. | Lester Brown | 3,669.66 | 3,669.66 | 7,339.32 |
| 7. | Earl Clark | 6,431.84 | 6,431.84 | 12,863.68 |
| 8. | Paul S. Clark | 6,431.84 | 6,431.84 | 12,863.68 |
| 9. | James L. Coleman | 3,418.14 | 3,418.14 | 6,836.28 |
| 10. | Darren Davis | 5,510.67 | 5,510.67 | 11,021.34 |
| 11. | Alberto Jose Diaz | 5,321.82 | 5,321,82 | 10,643.64 |
| 12. | Aristole E. Farmer | 5,550.16 | 5,550.16 | 11,100.32 |

18

| | | | |
|---|---|---|---|
| 13. William D. Finley | 6,431.84 | 6,431.84 | 12,863.68 |
| 14. Eduardo Flexas | 6,431.84 | 6,431.84 | 12,863.68 |
| 15. Samuel Foster | 6,431.84 | 6,431.84 | 12,863.68 |
| 16. Leonard M. Glasper | 5,510.67 | 5,510.67 | 11,021.34 |
| 17. Charles R. Greer, Sr | 6,431.84 | 6,431.84 | 12,863.68 |
| 18. Melvin Hamilton | 6,431.84 | 6,431.84 | 12,863.68 |
| 19. Willie L. Harlan | 3,543.90 | 3,543.90 | 7,087.80 |
| 20. Victor Hurst | 5,510.67 | 5,510.67 | 11,021.34 |
| 21. Larry D. Jones | 6,431.84 | 6,431.84 | 12,863.68 |
| 22. Samuel E. Jones Jr. | 5,523.72 | 5,523.72 | 11,047.44 |
| 23. Keith Jordan | 2,832.75 | 2,832.75 | 5,665.50 |
| 24. Otha Jordan | 6,431.84 | 6,431.84 | 12,863.68 |
| 25. Jeffrey Lee | 6,431.84 | 6,431.84 | 12,863.68 |
| 26. James A. Lewis | 6,431.84 | 6,431.84 | 12,863.68 |
| 27. Jose L. Magana | 6,431.84 | 6,431.84 | 12,863.68 |
| 28. Allen Montgomery | 6,431.84 | 6,431.84 | 12,863.68 |
| 29. Gregory R. Moore Jr. | 6,431.84 | 6,431.84 | 12,863.68 |
| 30. Michael Muldrow | 3,669.66 | 3,669.66 | 7,339.32 |
| 31. Don Nielsen | 4,007.22 | 4,007.22 | 8,014.44 |
| 32. Lee C. Nix | 5,510.67 | 5,510.67 | 11,021.34 |
| 33. Byron M. Parks | 3,669.66 | 3,669.66 | 7,339.32 |
| 34. Llewellyn Patterson | 6,431.84 | 6,431.84 | 12,863.68 |
| 35. Jose Louie Perez | 5,321.82 | 5,321,82 | 10,643.64 |

| | | | |
|---|---|---|---|
| 36. Price R. Phelps | 2,389.44 | 2,389.44 | 4,778.88 |
| 37. Robert P. Poremba | 3,669.66 | 3,669.66 | 7,339.32 |
| 38. Richard E. Randle | 6,431.84 | 6,431.84 | 12,863.68 |
| 39. Easter L. Reed | 6,431.84 | 6,431.84 | 12,863.68 |
| 40. Eddie L. Robinson | 3,669.66 | 3,669.66 | 7,339.32 |
| 41. Robert Rule | 6,431.84 | 6,431.84 | 12,863.68 |
| 42. Robin Sappington | 5,510.67 | 5,510.67 | 11,021.34 |
| 43. Michael Suvanto | 6,431.84 | 6,431.84 | 12,863.68 |
| 44. Cecil Thomas | 6,431.84 | 6,431.84 | 12,863.68 |
| 45. Timothy J. Tillesen | 6,431.84 | 6,431.84 | 12,863.68 |
| 46. Anthony Turner | 6,431.84 | 6,431.84 | 12,863.68 |
| 47. Ba-Shan Turner | 5,510.67 | 5,510.67 | 11,021.34 |
| 48. Eddie L. Walker | 5,329.74 | 5,329.74 | 10,659.48 |
| 49. Philip Wallace | 5,510.67 | 5,510.67 | 11,021.34 |
| 50. Donnell J. Warrick | 6,431.84 | 6,431.84 | 12,863.68 |
| 51. Richard K. Wills | 5,510.67 | 5,510.67 | 11,021.34 |
| 52. Gregory Finister | 3,418.14 | 3,418.14 | 6,836.28 |
| 53. Michael Lewandowski | 5,550.16 | 5,550.16 | 11,100.32 |
| 54. Ralph Martin | 902.94 | 902.94 | 1,805.88 |
| 55. Angel Molina | 6,431.84 | 6,431.84 | 12,863.68 |
| 56. Renault O'Neal | 3,669.66 | 3,669.66 | 7,339.32 |
| 57. Robert Rivera | 3,244.47 | 3,244.47 | 6,488.94 |
| 58. James Tillman | 2,677.92 | 2,677.92 | 5,355.84 |
| 59. Robert S. Williams | 6,431.84 | 6,431.84 | 12,863.68 |

Attorney's fees and costs to be requested in accordance with local rule.

_____11-8_____, 2000

ENTER:

-4-