AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Anthony Angelilli, et al.

v.

Board of Education of the City of Chicago

**JUDGMENT IN A CIVIL CASE**

Case Number: 00 C 1670

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiffs' petition for attorney fees and costs is granted in part and denied in part. Judgment is entered in favor of plaintiffs and against defendant Board of Education of the City of Chicago in the amount of $28,298.62 representing attorney fees and costs.

**DOCKETED**
JUN 1 5 2001

Michael W. Dobbins, Clerk of Court

Date: 6/13/2001

_Carol Wing_
Carol Wing, Deputy Clerk